UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDDIE GILL,

      Plaintiff,

  v.                                                 Case No. 15-C-587

CITY OF MILWAUKEE,
CHIEF OF POLICE EDWARD FLYNN,
DET. JAMES HENSLEY,
DET. TIMOTHY GRAHAM,
DET. MARK PETERSON,
DET. ERICK GULBRANDSON,
DET. BILLY BALL, and
DET. DENNIS DEVALKENAERE,

      Defendants.

## SCHEDULING CONFERENCE CALL MINUTES
Hon. Rudolph T. Randa, Presiding

DATE: **October 27, 2015 at 9:30 a.m.**      Clerk: TMM

Time Called:      9:30                   Time Concluded: 9:44

Plaintiff:          **Kevin R. Martin / Drew J. DeVinney**     414-856-2310

Defendants:      *For all defendants except Mark Peterson*
                        **Jan A. Smokowicz / Jenny Yuan**       414-286-2601

                        *Mark Peterson*
                        **Joseph M. Russell**                       414-287-1414

DISPOSITION:

    Final Pretrial Set: **12/22/2016 at 2:00 p.m.**
    Jury trial Set: **01/09/2017 at 9:00 a.m**. Est. **2 weeks**

OTHER:

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures: | 11/30/2015 |
| Amend Pleadings and Add Parties: | 11/30/2015 |
| Pl.'s Expert Witness Reports Due: | 03/01/2016 |
| Def.'s Expert Witness Reports Due: | 05/01/2016 |
| Discovery Deadline: | 07/01/2016 |
| Dispositive Motion Deadline: | 08/01/2016 |
| ESI Order: | NO |

*Court will expedite ruling on motion for judgment on pleadings, ruling will be issued by the end of November.